**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number:_____**

_____

Jacques Francois

vs.

Broward College

FILED BY_____D.C.

JUL 0 9 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I.  Party Information

**A.** Plaintiff: *Jacques Francois*

Address: *131 NE 195 St, North Miami Beach, Fl 33179*

—

vs.

**B.** Defendant: Broward College
111 East Las Olas Blvd, Fort Lauderdale, Fl. 33301

**II. Statement of Claim**

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not inlude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1)      When Broward College approved my tenure in January 2014, Associate Dean Alan Lebovitz called me to his office and said, "The good news is your tenure has been approved. The bad news is, unfortunately, no one can fire you anymore!"

2)      Between August 2012 & July 2023, Mr. Lebovitz created a hostile work environment for me at Broward North campus because of my race. I am an African American man.

3)      In Fall 2014, Mr. Lebovitz prevented me from getting a job at BC Downtown Campus.

4)      A few months later, during our departmental meeting in January 2015, Mr. Lebovitz bragged about keeping me from getting that job the previous semester.

5)      In January 2018, I filed a complaint with HR against Mr. Lebovitz. From that moment on, he retaliated by giving me poor performance reviews and taking away my favorite classes.

6)      In Fall 2018, A.D. Lebovitz replaced Dr. Williams and me--two black faculty from our campus--by a white man to attend the HSI (a grant for minorities) meetings at FAU. (Please see attached additional pages for paragraphs 7-25)

III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

A.      Enter judgment in favor of the Plaintiff and against the Defendant for violation of the Plaintiff's civil rights under Title VII.

B.      Declare that the actions of the Defendant constituted unlawful discrimination.

C.      Award the Plaintiff compensatory damages, including damages for emotional distress.

D.      Award the Plaintiff punitive damages in such amount as the Court deems proper.

## IV.  Jury Demand

Are you demanding a jury trial?          __X_ Yes      ____ No

Signed this 1day of July, 2024

Signature of Plaintiff  /31 NE 195 ST  NMB, FL 33179

JB FRANCOIS 274 @ cs. com

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:_____

_____
                                                                Signature of Plaintiff

1) When Broward College approved Professor Francois's tenure in January 2014, Associate Dean Alan Lebovitz called Mr. Francois to his office and said, "I have good news and bad news. The good news is your tenure has been approved. The bad news is, unfortunately, no one can fire you anymore!"

2) Between August 2012 & July 2023, Mr. Lebovitz created a hostile work environment for Mr. Francois.

3) In Fall 2014, Mr. Lebovitz prevented Professor Francois from getting a job at Broward College Downtown Campus.

4) A few months later, during our departmental meeting in January 2015, Mr. Lebovitz bragged out keeping Professor Francois from getting that job the previous semester.

5) In January 2018, I filed a complaint with HR against Mr. Lebovitz. From that moment on, he retaliated by giving me poor performance reviews, taking my favorite classes from me, and giving adjunct faculty preference over me.

6) In Fall 2018, A.D. Lebovitz replaced Dr. Williams and Mr. Francois--two black faculty from our campus--by a white man to attend the HSI (a grant for minorities) meetings at FAU.

7) AD Lebovitz has never hired a full-time Black faculty. When he became the Associate Dean of our department in July 2012, there were 7 black faculty. Now, there is only one!

8) In April 2023, Mr. Francois filed a complaint with the EEOC against Broward College.

9) Because of Mr. Francois' open case with the EEOC in Spring 2023, he believes that the college has offered him the position he applied for at Central Campus starting in August. As soon as the position was offered, Mr. Lebovitz started harassing Professor Francois again! He has sent four emails to Prof Francois asking him to vacate his office and return all keys. Professor Francois was teaching that summer.

10) While Professor Francois had to go through the normal process to get a job at Central Campus (internal application, phone interview, teaching presentation, face-to-face interview with the hiring committee, the hiring Associate Dean, and another face-to-face interview with the Math Dean, taking a Math Test even if he was a full-time tenured faculty at this college for 12 years!) other Math faculty were allowed to "just transfer to another campus!" The college has once again discriminated against Mr. Francois!

11) Broward College discriminated against Mr. Francois including but not limited to harassing him, subjecting him to a hostile work environment, denying many times the opportunity to transfer to another campus until after he filed a complaint with the EEOC in Spring 2023.

12) The office of Human Resources has been throwing all my complaints against Mr. Lebovitz under the rug.

13) When I could not take the abuse from Associate Dean Lebovitz anymore, I contacted his supervisors to no avail.

14) In December 2017, I emailed BC-North President Dr. Avis Proctor, but she did not even reply to my email.

15) In April 2021, I emailed BC President Dr. Gregory Haile. No reply either.

16) In May 2022, I emailed STEM Dean and Vice-Provost Dr. Jamonica Rolle. She, too, ignored me.

17) So, finally in June 2022 & in June 2023, I emailed the Board of Trustees. The board did not reply to me!

18) Between 2017 & 2022, I begged Dr. Theo Koupelis to let me transfer to another campus because I suffered from hypertension and the hostile work environment at North Campus was not good for my health. He referred me to HR!

19) In January 2015, a Broward College professor was allowed to transfer to another campus without even being interviewed for the job. I, too, had applied for that position, but I didn't get it.

20) And in Spring 2024, that very same professor was given the choice between two campuses. She then got another transfer to a department (BC-South Campus) where no job opening was posted. She is not African American like me.

21) In July 2022, Talent & Culture Director Sophia Galvin and Mrs. Lovell-Warner of Employee Relations interviewed me. Sophia Galvin promised to investigate the transfer process, but I never heard from her again.

22) In January 2023, Talent & Culture concluded their internal investigation, but failed to interview many former black faculty of our department.

23) Regarding transfer, the college has discriminated against me for nine straight years…until I filed the last complaint with the EEOC! Mr. Lebovitz has created a hostile work environment for me at Broward College North Campus because of my race.

24) On April 17, 2024, the EEOC issued me a right to sue letter. They ended their investigation because no one at the college was willing to "talk to the federal investigator." (Appendix A)

25) As a direct and proximate result of said unlawful employment practices and in disregard of my rights and sensibilities, I have suffered humiliation, degradation, emotional distress, other consequential damages, and lost wages.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/17/2024

**To:** Mr. Jacques Francois
131 Northeast 195th Street
MIAMI, FL 33179
Charge No: 510-2023-02190

EEOC Representative and email:    SUSAN DIAZ
INVESTIGATOR
SUSAN.DIAZ@EEOC.GOV

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 510-2023-02190.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
04/17/2024
Evangeline Hawthorne
Director